# EXHIBIT A

| TITLE | PLAINTIFF OWNER(S) | COPYRIGHT REGISTRATION NUMBER | COPYRIGHT REGISTRATION DATE |
|---|---|---|---|
| *Mary Poppins* Copyrights ||||
| MARY POPPINS – MUSICAL STAGEPLAY | Disney Enterprises, Inc. Cameron Mackintosh Ltd. | PAu3451444 | February 4, 2010 |
| Mary Poppins : musical stage play | Disney Enterprises, Inc. Cameron Mackintosh Ltd. | PAu2956745 | May 20, 2005 |
| Mary Poppins; motion picture | Disney Enterprises, Inc. | LP28936<br><br>RE571201 | August 18, 1964<br>*renewed*<br>February 4, 1992 |
| MARY POPPINS – ORIGINAL LONDON CAST RECORDING (2007 EDITION) | Disney Enterprises, Inc. | VA1861807 | April 18, 2013 |
| Chim Chim Cher-ee (Words and Music) | Wonderland Music Company, Inc. | EU759705<br><br>RE548491 | March 4, 1963<br>*renewed*<br>October 16, 1991 |
| Chim chim cheree. Musical composition / song (Piano Arrangement) | Wonderland Music Company, Inc. | EP193020<br><br>RE548538 | July 20, 1964<br>*renewed*<br>October 21, 1991 |
| Step in Time (Words and Music) | Wonderland Music Company, Inc. | EU759701<br><br>RE548452 | March 4, 1963<br>*renewed*<br>October 15, 1991 |
| Step in time. Musical composition / song (Piano Arrangement) | Wonderland Music Company, Inc. | EP193021<br><br>RE548539 | July 20, 1964<br>*renewed*<br>October 21, 1991 |
| A Spoonful of Sugar (Words and Music) | Wonderland Music Company, Inc. | EU759708<br><br>RE548457 | March 4, 1963<br>*renewed*<br>October 15, 1991 |
| A spoonful of sugar. Musical composition / song (Piano Arrangement) | Wonderland Music Company, Inc. | EP193013<br><br>RE548531 | July 20, 1964<br>*renewed*<br>October 21, 1991 |
| Jolly 'Oliday (Words and Music) | Wonderland Music Company, Inc. | EU759696<br><br>RE548449 | March 4, 1963<br>*renewed*<br>October 15, 1991 |
| Jolly holiday. Musical composition / song (Piano Arrangement) | Wonderland Music Company, Inc. | EP193014<br><br>RE548532 | July 20, 1964<br>*renewed*<br>October 21, 1991 |
| *The Lion King* Copyrights ||||
| THE LION KING – MUSICAL STAGEPLAY | Disney Enterprises, Inc. | PAu2921329 | July 27, 2007 |

**EXHIBIT A**

| TITLE | PLAINTIFF OWNER(S) | COPYRIGHT REGISTRATION NUMBER | COPYRIGHT REGISTRATION DATE |
|---|---|---|---|
| The lion king : stage adaptation / written by Roger Allers & Irene Mecchi ; music Elton John ; lyrics Tim Rice | Disney Enterprises, Inc. | PAu2267855 | January 1, 1998 |
| The lion king : stage adaptation / written by Roger Allers & Irene Mecchi ; music Elton John ; lyrics Tim Rice | Disney Enterprises, Inc. | PAu2202415 | June 5, 1997 |
| Can you feel the love tonight? Musical composition / song | Wonderland Music Company, Inc. | PA713588 | June 6, 1994 |
| Can you feel the love tonight? : Musical composition / song | Wonderland Music Company, Inc. | PAu1864442 | May 24, 1994 |
| Circle of life Musical composition / song | Wonderland Music Company, Inc. | PA713589 | June 6, 1994 |
| Circle of Life : Musical composition / song | Wonderland Music Company, Inc. | PAu1864440 | May 24, 1994 |
| *Spider-Man* Copyrights | | | |
| Amazing Fantasy. Vol. 1, no. 15, Sept. 1962. By Atlas Magazine, Inc. | Marvel Characters, Inc. | B976775<br><br>RE497761 | June 5, 1962<br>*renewed*<br>November 20, 1990 |
| Six Forgotten Warriors, Ch. 1 – Animated Motion Picture | Marvel Characters, Inc. | PA942839 | June 11, 1999 |
| Six Forgotten Warriors, Ch. 3 Secrets of the Six – Animated Motion Picture | Marvel Characters, Inc. | PA942841 | June 11, 1999 |
| Six Forgotten Warriors, Ch. 2 Unclaimed Legacy – Animated Motion Picture | Marvel Characters, Inc. | PA942842 | June 11, 1999 |
| Six Forgotten Warriors, Ch. 4 The Six Fight Again – Animated Motion Picture | Marvel Characters, Inc. | PA942843 | June 11, 1999 |
| Six Forgotten Warriors, Ch. 5 The Price of Heroism – Animated Motion Picture | Marvel Characters, Inc. | PA942844 | June 11, 1999 |
| Spider Wars, Ch. 1 I Really, Really Hate Clones – Animated Motion Picture | Marvel Characters, Inc. | PA942846 | June 11, 1999 |
| Spider Wars, Ch. 2 Farewell, Spider-Man – Animated Motion Picture | Marvel Characters, Inc. | PA942848 | June 11, 1999 |

**EXHIBIT A**