# EXHIBIT B

| TRADEMARK | PLAINTIFF OWNER | TRADEMARK REGISTRATION NUMBER | TRADEMARK REGISTRATION DATE | MARK DRAWING CODE | GOODS AND SERVICES | FIRST USE DATE |
|---|---|---|---|---|---|---|
| *Mary Poppins* **Trademarks** | | | | | | |
| MARY POPPINS | Disney Enterprises, Inc. | 3,794,141 | May 25, 2010 | Word Only | Entertainment in the Nature of Live Theatre Productions | May 21, 2006 |
| MARY POPPINS | Disney Enterprises, Inc. | 3,456,368 | July 1, 2008 | Word Only | Pre-recorded media, namely, compact discs, motion picture films, [video tapes, video cassettes,] and video discs featuring animated entertainment, music, and stories; magnets | 1980 |
| [Mary Poppins poster image] | Disney Enterprises, Inc. | N/A | N/A | N/A | N/A | As early as May 2007 |

**EXHIBIT B**

| TRADEMARK | PLAINTIFF OWNER | TRADEMARK REGISTRATION NUMBER | TRADEMARK REGISTRATION DATE | MARK DRAWING CODE | GOODS AND SERVICES | FIRST USE DATE |
|---|---|---|---|---|---|---|
| *The Lion King* Trademarks | | | | | | |
| DISNEY PRESENTS THE LION KING THE BROADWAY MUSICAL | Disney Enterprises, Inc. | 2,436,121 | March 20, 2001 | Device Plus Words, Letters, and/or Numbers | Entertainment in the Nature of Theater Productions | July 8, 1997 |
| MCI Trademarks | | | | | | |
| | Marvel Characters, Inc. | 882,903 | December 23, 1969 | Device Only | Publications, Particularly Comic Magazines | Jan. 17, 1967 |

2

**EXHIBIT B**

| TRADEMARK | PLAINTIFF OWNER | TRADEMARK REGISTRATION NUMBER | TRADEMARK REGISTRATION DATE | MARK DRAWING CODE | GOODS AND SERVICES | FIRST USE DATE |
|---|---|---|---|---|---|---|
| THE AMAZING SPIDER-MAN | Marvel Characters, Inc. | 885,910 | February 10, 1970 | Word Only | Publications, Particularly Comic Books and Magazines and Stories in Illustrated Form | Oct. 29, 1962 |
| SPIDER-MAN | Marvel Characters, Inc. | 1,163,134 | July 28, 1981 | Word Only | Entertainment Services Rendered Through the Mediums of Television and Film Exhibitions | 1966 |

3

**EXHIBIT B**