IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., et al.<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>ENTERTAINMENT THEATRE GROUP, d/b/a<br>AMERICAN MUSIC THEATRE, et al.<br>　　　　Defendants. | CIVIL ACTION<br>NO. 13-cv-5570 |

ENTERTAINMENT THEATRE GROUP, d/b/a
AMERICAN MUSIC THEATRE,
　　　　Counterclaim-Plaintiff,

　　　　v.

DISNEY ENTERPRISES, INC., et al.
　　　　Counterclaim-Defendants.

ENTERTAINMENT THEATRE GROUP, d/b/a
AMERICAN MUSIC THEATRE,
　　　　Third-Party Plaintiff,

　　　　v.

STAN LEE MEDIA, INC.,
　　　　Third-Party Defendant.

## STIPULATION AND ORDER

The third-party plaintiff, Entertainment Theatre Group, d/b/a American Music Theatre, and the third-party defendant, Stan Lee Media, Inc. ("SLMI"), agree that SLMI may file its answer to the third-party complaint on or before December 3, 2013.

DM1\360871.1

Respectfully submitted,

/s/ David E. Landau
David E. Landau
Aliza R. Karetnick
Robert M. Palumbos
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
t: (215) 979-1231
f: (215) 979-1020

*Counsel for Stan Lee Media, Inc.*

Respectfully submitted,

/s/ Camille M. Miller
Camille M. Miller
Melanie A. Miller
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
t: (215) 665-2000
f: (215) 665-2273

*Counsel for Entertainment Theatre Group, d/b/a American Music Theatre*

November 27, 2013

SO ORDERED

JEFFREY L. SCHMEHL, J.

2

## CERTIFICATE OF SERVICE

I, Robert M. Palumbos, caused a true and correct copy of the Stipulation and Order to be filed electronically on November 22, 2013. This document is available for viewing and downloading from the ECF system, and electronic notice of filing was sent to:

Wilson M. Brown, III
Michael Metz-Topodas
Drinker Biddle and Reath, LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA  19103

David D. Conway
Joshua J. Kaufman
Venable LLP
575 Seventh St., NW
Washington, DC  20004

Camille M. Miller
Melanie A. Miller
Cozen O'Conner
1900 Market St.
Philadelphia, PA  19103

/s/ Robert M. Palumbos
Robert M. Palumbos

DM1\4360871.1