IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., et al.<br>     Plaintiffs,<br><br>   v.<br><br>ENTERTAINMENT THEATRE GROUP, d/b/a AMERICAN MUSIC THEATRE, et al.<br>     Defendants. | CIVIL ACTION<br>NO. 13-cv-5570 |

ENTERTAINMENT THEATRE GROUP, d/b/a AMERICAN MUSIC THEATRE,
     Counterclaim-Plaintiff,

   v.

DISNEY ENTERPRISES, INC., et al.
     Counterclaim-Defendants.

ENTERTAINMENT THEATRE GROUP, d/b/a AMERICAN MUSIC THEATRE,
     Third-Party Plaintiff,

   v.

STAN LEE MEDIA, INC.,
     Third-Party Defendant.

**NOTICE OF DISMISSAL WITHOUT PREJUDICE
OF RULE 14(a) CLAIMS**

Pursuant to Federal Rule of Civil Procedure 41(c), Stan Lee Media, Inc. voluntarily dismisses without prejudice the claims it asserted against Disney Enterprises, Inc. and Marvel Characters, Inc. under Federal Rule of Civil Procedure 14(a)(2)(C) and 14(a)(2)(D).

DM2\4658372.1

                Respectfully submitted,

                <u>/s/ David E. Landau</u>
                David E. Landau
                Aliza R. Karetnick
                Robert M. Palumbos
                Jessica Priselac
                Duane Morris LLP
                30 South 17th Street
                Philadelphia, PA 19103-4196
                t: (215) 979-1231
                f: (215) 979-1020

                *Counsel for Stan Lee Media, Inc.*

December 23, 2013

## CERTIFICATE OF SERVICE

I caused a true and correct copy of the Notice of Dismissal Without Prejudice of Rule 14(a) Claims to be filed electronically on December 23, 2013. This document is available for viewing and downloading from the ECF system, and electronic notice of filing was sent to:

Wilson M. Brown, III
Michael Metz-Topodas
Tonia Ann Patterson
Drinker Biddle and Reath, LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA  19103


James W. Quinn
Randi W. Singer
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153


Camille M. Miller
Melanie A. Miller
Cozen O'Conner
1900 Market St.
Philadelphia, PA  19103

/s/ Robert M. Palumbos
Robert M. Palumbos