IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., WONDERLAND MUSIC COMPANY, INC., CAMERON MACKINTOSH LTD., MARVEL CHARACTERS, INC., and MUSIC THEATRE INTERNATIONAL, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>ENTERTAINMENT THEATRE GROUP, doing business as American Music Theatre, JAMES D. MARTIN, FREDERICK W. STEUDLER, JR., and DWIGHT H. BRUBAKER,<br><br>    Defendants. | CIVIL ACTION<br>NO. 13-5570 |

## ORDER

**AND NOW**, this  10th   day of January, 2014, after a preliminary pretrial conference with counsel for all parties,[1] it is hereby **ORDERED** as follows:

1. Counsel for Plaintiffs and Defendants shall meet within twenty days of this Order to discuss potential settlement of the case.

2. Plaintiffs shall have until February 10, 2014, to file any response to the Motion to Intervene filed by Stan Lee Media, Inc. (Docket #56), as well as their anticipated motion to dismiss Defendants' Amended Counterclaims (Docket #55).

3. All discovery, including expert reports, shall be completed by May 10, 2014.

---

[1] Counsel for former third-party defendant and current potential intervenor Stan Lee Media, Inc., also participated in the conference with the Court's permission.

4. A case status conference is scheduled for Friday, May 16, 2014, at 10:00 a.m., in the chambers of the undersigned, The Madison Building, 400 Washington Street, Room 401, Reading, Pennsylvania.

5. Any dispositive motions shall be filed by July 9, 2014.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.