UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

DISNEY ENTERPRISES, INC.; WONDERLAND
MUSIC COMPANY, INC.; CAMERON
MACKINTOSH LTD.; MARVEL CHARACTERS,
INC.; and MUSIC THEATRE INTERNATIONAL,
LLC,

        Plaintiffs

v.

ENTERTAINMENT THEATRE GROUP d/b/a
AMERICAN MUSIC THEATRE; JAMES D.
MARTIN; FREDERICK W. STEUDLER, JR.; and
DWIGHT H. BRUBAKER,

        Defendants
-------------------------------------------------------------x

ENTERTAINMENT THEATRE GROUP d/b/a
AMERICAN MUSIC THEATRE,

        Counterclaim-Plaintiff

v.

DISNEY ENTERPRISES, INC. and MARVEL
CHARACTERS, INC.,

        Counterclaim-Defendants

FILED
FEB - 7 2014
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

Civ. No. 5:13-cv-05570(JLS)

[PROPOSED] ORDER

AND NOW, this 7th day of FEB., 2014, upon consideration of the Motion to Intervene of Stan Lee Media, Inc. and accompanying Intervenor Complaint against Disney Enterprises, Inc. ("Disney") and Marvel Characters, Inc. ("Marvel") (Dkt #56), and upon the advice of Plaintiffs-Counterclaim Defendants Disney and Marvel that they will not oppose said Motion to Intervene or the filing of the Intervenor Complaint subject to and without waiver of their rights to move to dismiss that Intervenor Complaint on all available grounds, it is hereby ORDERED that:

1. The Motion to Intervene of Stan Lee Media, Inc. is hereby granted as unopposed;

2. The Intervenor Complaint of Stan Lee Media, Inc. against Disney and Marvel shall be deemed filed effective as of the date of this Order;

3. Disney and Marvel shall have until February 14, 2014 to file their anticipated motions to dismiss the Defendants' Amended Counterclaims and the Intervenor Complaint and may consolidate the briefing on these anticipated motions;

4. Defendants and Intervenor Stan Lee Media, Inc. shall have until March 11, 2014 to file their oppositions to any motions to dismiss; and,

5. Disney and Marvel shall have until March 21, 2014 to file any reply in further support of their motions to dismiss, such reply not to exceed twenty (20) pages.

BY THE COURT:

_____
Jeffrey L. Schmehl, U.S.D.J.