IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., WONDERLAND MUSIC COMPANY, INC., CAMERON MACKINTOSH LTD., MARVEL CHARACTERS, INC., and MUSIC THEATRE INTERNATIONAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ENTERTAINMENT THEATRE GROUP, doing business as American Music Theatre, JAMES D. MARTIN, FREDERICK W. STEUDLER, JR., and DWIGHT H. BRUBAKER,<br><br>Defendants,<br><br>and<br><br>STAN LEE MEDIA, INC.,<br><br>Defendant/Intervenor. | CIVIL ACTION<br>NO. 13-5570 |

## ORDER

**AND NOW**, this  21st  day of April, 2014, it is hereby **ORDERED** that the case status conference previously scheduled for Friday, May 16, 2014, at 10:00 a.m., is **CANCELED**. The Court will address the status of the case at the oral argument scheduled in this matter for Thursday, May 15, 2014, at 10:00 a.m., and may thereafter schedule a conference at a later date.

                                                                  **BY THE COURT:**

                                                                  **/s/ Jeffrey L. Schmehl**
                                                                  Jeffrey L. Schmehl, J.