IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., WONDERLAND MUSIC COMPANY, INC., CAMERON MACKINTOSH LTD., MARVEL CHARACTERS, INC., and MUSIC THEATRE INTERNATIONAL, LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>ENTERTAINMENT THEATRE GROUP, doing business as American Music Theatre, JAMES D. MARTIN, FREDERICK W. STEUDLER, JR., and DWIGHT H. BRUBAKER,<br><br>  Defendants,<br><br>  and<br><br>STAN LEE MEDIA, INC.,<br><br>  Defendant/Intervenor. | CIVIL ACTION<br>NO. 13-5570 |

## ORDER

**AND NOW**, this  7th  day of May, 2014, upon receipt of correspondence from counsel regarding an extension of the time to complete discovery, it is hereby **ORDERED** that the deadline for discovery in this matter (including any expert reports) is extended to August 8, 2014.

It is further **ORDERED** that the July 9, 2014, deadline for submission of dispositive motions is rescinded with a new deadline to be determined.

                                                **BY THE COURT:**

                                                **/s/ Jeffrey L. Schmehl**
                                                Jeffrey L. Schmehl, J.