IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., et al.,<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>ENTERTAINMENT THEATRE GROUP, d/b/a<br>AMERICAN MUSIC THEATRE, et al.<br>　　　　Defendants, and<br><br>STAN LEE MEDIA, INC.,<br>　　　　Defendant/Intervenor. | Civil Action No. 13-cv-5570 |

ENTERTAINMENT THEATRE GROUP, d/b/a
AMERICAN MUSIC THEATRE,
　　　Counterclaim-Plaintiff, and

STAN LEE MEDIA, Inc.
　　　Counterclaim-Plaintiff/Intervenor,

　　　　v.

DISNEY ENTERPRISES, INC., et al.,
　　　　Counterclaim-Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

　　　Kindly enter my appearance on behalf of Defendant/Intervenor and Counterclaim-Plaintiff/Intervenor Stan Lee Media, Inc. in the above-captioned matter.

Dated: May 19, 2014　　　　　　　　　　　　/s/ Aliza R. Karetnick
　　　　　　　　　　　　　　　　　　　　　　　Aliza R. Karetnick
　　　　　　　　　　　　　　　　　　　　　　　Duane Morris LLP
　　　　　　　　　　　　　　　　　　　　　　　30 South 17th Street
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103-4196
　　　　　　　　　　　　　　　　　　　　　　　t: (215) 979-1000
　　　　　　　　　　　　　　　　　　　　　　　f: (215) 979-1020

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Stan Lee Media, Inc.*

## CERTIFICATE OF SERVICE

I caused a true and correct copy of the foregoing Entry of Appearance to be filed electronically on May 19, 2014.  This document is available for viewing and downloading from the ECF system, and electronic notice of filing was sent to:

Wilson M. Brown, III
Michael Metz-Topodas
Tonia Ann Patterson
Drinker Biddle and Reath, LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA  19103

James W. Quinn
Randi W. Singer
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

*Counsel for Plaintiffs/Counterclaim-Defendants*

Camille M. Miller
Melanie A. Miller
Cozen O'Conner
1900 Market St.
Philadelphia, PA  19103

*Counsel for Defendants/Counterclaim-Plaintiffs*

                                           /s/ Aliza R. Karetnick
                                           Aliza R. Karetnick