IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., WONDERLAND MUSIC COMPANY, INC., CAMERON MACKINTOSH LTD., MARVEL CHARACTERS, INC., and MUSIC THEATRE INTERNATIONAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ENTERTAINMENT THEATRE GROUP, doing business as American Music Theatre, JAMES D. MARTIN, FREDERICK W. STEUDLER, JR., and DWIGHT H. BRUBAKER,<br><br>Defendants,<br><br>and<br><br>STAN LEE MEDIA, INC.,<br><br>Defendant/Intervenor. | CIVIL ACTION<br>NO. 13-5570 |

### ORDER

**AND NOW**, this 20th day of May, 2014, the Court having conferred with the parties regarding scheduling matters during oral argument, it is hereby **ORDERED** that the deadline for submission of dispositive motions in this matter is September 15, 2014.

                                              **BY THE COURT:**

                                              */s/ Jeffrey L. Schmehl*
                                              Jeffrey L. Schmehl, J.