IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., WONDERLAND MUSIC COMPANY, INC., CAMERON MACKINTOSH LTD., MARVEL CHARACTERS, INC., and MUSIC THEATRE INTERNATIONAL, LLC,<br>  Plaintiffs,<br><br>     v.<br><br>ENTERTAINMENT THEATRE GROUP d/b/a AMERICAN MUSIC THEATRE, JAMES D. MARTIN, FREDERICK W. STEUDLER, JR., and DWIGHT H. BRUBAKER,<br>  Defendants<br>   and<br><br> STAN LEE MEDIA, INC.,<br>  Defendant/Intervenor.<br>_____<br><br>ENTERTAINMENT THEATRE GROUP d/b/a AMERICAN MUSIC THEATRE,<br>  Counterclaim-Plaintiff<br><br>   and<br><br> STAN LEE MEDIA, INC.,<br>  Counterclaim-Plaintiff/Intervenor<br><br>     v.<br><br> DISNEY ENTERPRISES, INC.; and MARVEL CHARACTERS, INC.,<br>  Counterclaim-Defendants. | CIVIL ACTION<br>NO. 13-5570 |

**ORDER**

**AND NOW**, this 29th day of October, 2014, upon consideration of the Motion (Docket #62) of Plaintiffs and Counterclaim-Defendants Disney Enterprises, Inc. ("Disney") and Marvel Characters, Inc. ("Marvel") to: (1) dismiss Defendant

Entertainment Theatre Group d/b/a American Music Theatre ("AMT")'s amended counterclaims with prejudice; (2) dismiss Intervenor Stan Lee Media, Inc. ("SLMI")'s Intervenor Complaint with prejudice; and (3) strike certain amended affirmative defenses asserted by AMT, James D. Martin, Frederick W. Steudler, Jr., and Dwight H. Brubaker (collectively, "Defendants"), it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. The amended counterclaims filed by AMT against Disney and Marvel are **DISMISSED WITH PREJUDICE**.

2. SLMI's Intervenor Complaint is **DISMISSED WITH PREJUDICE**.

3. The Affirmative Defenses pleaded by Defendants, to the extent they rely on SLMI's purported ownership of Spider-Man, are stricken and may not be asserted as defenses to Plaintiffs' Complaint.[1]

                                      **BY THE COURT:**

                                      **/s/ Jeffrey L. Schmehl**
                                      Jeffrey L. Schmehl, J.

---

[1] As noted and explained in the accompanying memorandum opinion, AMT's First Amended Defense is not stricken in its entirety as requested by Disney and Marvel.